1  WESLEY A. VAN WINKLE
   State Bar No. 129907
2  2709 Dana Street
   Berkeley, CA 94705-1137
3  Telephone: (510)848-6250
   Facsimile: (510)848-1033
4  E-Mail: tacitus@pacbell.net

5  DANIEL J. BRODERICK, #89424
   Federal Defender
6  LISSA J. GARDNER, NM Bar #9429
   Assistant Federal Defender
7  801 I Street, 3rd Floor
   Sacramento, California 95814
8  Telephone: (916) 498-6666
   Facsimile:  (916) 498-6656
9
   Attorneys for Petitioner
10 DENNIS HAROLD LAWLEY

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14
   DENNIS HAROLD LAWLEY,          )    Case No. 1:08-cv-01425 LJO
15                                )
                    Petitioner,   )    DEATH PENALTY CASE
16                                )
         vs.                      )    ORDER  GRANTING  PETITIONER'S
17                                )    MOTION TO FILE DECLARATION EX
   ROBERT WONG, as Acting         )    PARTE AND UNDER SEAL
18 Warden of San Quentin State    )
   Prison,                        )
19                  Respondent.   )
                                  )
20
        Pursuant to 18 U.S.C. § 3006A(e), and § 3599 Petitioner has requested authorization to file *ex*
21
   *parte* and under seal the Declaration of Joseph Schlesinger as Exhibit D to his motion for equitable
22
   tolling. The declaration relates solely to Petitioner's representation by legal counsel and should be filed
23
   *ex parte* and under seal.  GOOD CAUSE appearing, Petitioner's motion is GRANTED.  The Clerk is
24
   directed to file *ex parte* and under seal Petitioner's Declaration of Joseph Schlesinger.
25
        IT IS SO ORDERED.
26
   Dated: March 12, 2009
27                                      Lawrence J. O'Neil
                                        United States District Judge
28

   OGrantMo2FileSealedDec.Law.wpd