1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  DENNIS HAROLD LAWLEY, ) | Case No. 1:08-cv-01425-LJO |
|      ) | |
| 10       Petitioner, ) | DEATH PENALTY CASE |
|      ) | |
| 11    vs. ) | ORDER RE: PETITIONER'S MOTION TO STAY LITIGATION OF FEDERAL |
|      ) | PROCEEDINGS |
| 12  ROBERT K. WONG, as Acting Warden ) | |
|     of San Quentin State Prison, ) | |
| 13       ) | July 13, 2009 Hearing Date:   VACATED |
|       Respondent. ) | |
| 14 _____ ) | |

15          This matter is before the Court on the June 11, 2009 motion of Petitioner Dennis Harold Lawley

16   ("Lawley") to stay federal proceedings.  Lawley filed the present motion concurrently with his incomplete

17   "protective" petition authorized by *Pace v. DiGuglielmo*, 544 U.S. 408 (2005).  Pursuant to the Court's

18   April 21, 2009 order granting equitable tolling, Lawley's full petition must be filed on or before

19   September 25, 2009.

20          What is being requested in the present motion is for Respondent Robert K. Wong, as Acting

21   Warden of San Quentin State Prison (the "Warden") not to answer or respond to the protective petition

22   so that Lawley and his litigation team can continue investigating and developing claims for the full

23   petition.  The present motion additionally predicts that the Warden will not abide by the April 21, 2009

24   equitable tolling order.  The prediction is unfounded and unprofessional to lodge against an Officer of

25   the Court.

26          The Court agrees the Warden should abstain from answering or otherwise responding to the

27   protective petition and in fact should not file any pleading until after the Lawley's full petition is filed on

28   or before September 25, 2009.  A simple telephone call to counsel for the Warden, however, would have

1   been sufficient to accomplish the objective of Lawley's lengthy motion and at a minimum should have

2   been attempted.  Unless the Warden anticipates the necessity of filing a responsive pleading and wishes

3   to be heard, he has no obligation to respond to the present motion.  If the Warden does wish to respond,

4   he should do so within five Court days from the date of filing of this order.  Otherwise, the Court

5   considers the matter resolved and that no responsive or other pleadings will be filed by the Warden until

6   after Lawley files his full petition on or before September 25, 2009

7

8           IT IS SO ORDERED.

9   Dated:____June 12,  2009_____                    _____/s/ Lawrence J. O'Neill____
                                                          Lawrence J. O'Neill
10                                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28