UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HAROLD LAWLEY,<br><br>        Petitioner,<br><br>  vs.<br><br>ROBERT K. WONG, as Acting Warden<br>of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:08-cv-01425-LJO<br><br>DEATH PENALTY CASE<br><br>ORDER DENYING PETITIONER'S<br>REQUEST TO LODGE STATE PETITION<br>AND EXHIBITS AS MOOT |

      This matter is before the Court on the request of Petitioner Dennis Harold Lawley ("Lawley") to lodge a copy of his state petition for a writ of habeas corpus together with exhibits thereto which he filed in the California Supreme Court on October 15, 2009 (doc 44). There is no requirement in this Court that capital habeas corpus litigants obtain permission to lodge state records or pertinent state documents. The state petition and exhibits were lodged with and received by the Court on October 23, 2009. The present request is denied as moot.

      IT IS SO ORDERED.


Dated:   October 27, 2009

                                                     /s/ Lawrence J. O'Neill
                                                        Lawrence J. O'Neill
                                                     United States District Judge

08dp1425.ODenyReq2LodgeExhibitsAsMoot.Law.wpd