IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HAROLD LAWLEY,<br><br>    Petitioner,<br><br>    vs.<br><br>KEVIN CHAPPELL as Acting Warden of San Quentin State Prison,*<br><br>    Respondent. | Case No. 1:08-cv-01425 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER DISMISSING ACTION |

       Petitioner Dennis Harold Lawley ("Lawley") commenced this federal habeas action on September 23, 2008 with an application for stay of execution, motion to proceed in forma pauperis, and request for appointment of counsel (Doc. 1 and Doc. 2). On January 7, 2009, the Court appointed CJA Attorney Wesley A. Van Winkle and Assistant Federal Defender Lissa J. Gardner as Lawley's attorneys of record. Lawley filed a protective petition on June 11, 2009. (Doc. 26). Following two opposed motions for equitable tolling, the Court extended the limitations period to October 16, 2009 (Doc. 25 and Doc. 38). Through his attorneys, Lawley timely filed his amended petition on that due date (Doc. 43).

       During this pre-petition period in federal court, litigation before the California Supreme Court was active. Lawley's state appointed attorneys commenced state habeas proceedings with a petition for habeas relief on June 26, 2000 and filed a second petition on April 29, 2008. The first state petition was denied on June 11, 2008. On October 15, 2009, Lawley's federal attorneys prepared and filed a third state habeas petition in the California Supreme Court. The second and third state petitions remained pending.

---

08dp1425.ODismissAction.Law.wpd       1      *Kevin Chappell is substituted as Respondent Acting Warden pursuant to Federal Rule of Civil Procedure 25(d).

1  On October 27, 2009, the Court granted Lawley's unopposed motion to hold federal proceedings
2  in abeyance during the pendency of state proceedings on Lawley's second and third state petitions (Doc.
3  47). During abeyance, Lawley filed intermittent quarterly status reports beginning on January 5, 2010.
4  On April 5, 2012, Lawley's appointed attorneys filed the last status report, notifying the Court
5  Lawley died of natural causes on March 11, 2012 (Doc. 65). Counsel provided the Court with a certified
6  copy of Lawley's death certificate on May 8, 2012.
7  In light of Lawley's death, this federal habeas action IS DISMISSED.
8  The Clerk is directed to enter judgment forthwith.
9  IT IS SO ORDERED.
10 Dated:    May 18, 2012

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill
United States District Judge