1
2
3
4
5
6 IN THE UNITED STATES DISTRICT COURT FOR THE
7 EASTERN DISTRICT OF CALIFORNIA
8
DENNIS HAROLD LAWLEY,                )    Case No. 1:08-cv-01425 LJO
9                                     )
                    Petitioner,       )    <u>DEATH</u> <u>PENALTY</u> CASE
10                                    )
        vs.                           )    ORDER DISMISSING ACTION
11                                    )
KEVIN CHAPPELL as Acting Warden of San )
12 Quentin State Prison,*             )
                                      )
13              Respondent.           )
   _____ )
14

15      Petitioner Dennis Harold Lawley ("Lawley") commenced this federal habeas action on

16 September 23, 2008 with an application for stay of execution, motion to proceed in forma pauperis, and

17 request for appointment of counsel (Doc. 1 and Doc. 2).  On January 7, 2009, the Court appointed CJA

18 Attorney Wesley A. Van Winkle and Assistant Federal Defender Lissa J. Gardner as Lawley's attorneys

19 of record.  Lawley filed a protective petition on June 11, 2009.  (Doc. 26).  Following two opposed

20 motions for equitable tolling, the Court extended the limitations period to October 16, 2009 (Doc. 25

21 and Doc. 38).  Through his attorneys, Lawley timely filed his amended petition on that due date (Doc.

22 43).

23      During this pre-petition period in federal court, litigation before the California Supreme Court

24 was active.  Lawley's state appointed attorneys commenced state habeas proceedings with a petition for

25 habeas relief on June 26, 2000 and filed a second petition on April 29, 2008.  The first state petition was

26 denied on June 11, 2008.  On October 15, 2009, Lawley's federal attorneys prepared and filed a third

27 state habeas petition in the California Supreme Court.  The second and third state petitions remained

28 pending.

*Kevin Chappell is substituted as Respondent Acting Warden
                                                                                pursuant to Federal Rule of Civil Procedure 25(d).

1    On October 27, 2009, the Court granted Lawley's unopposed motion to hold federal proceedings

2    in abeyance during the pendency of state proceedings on Lawley's second and third state petitions (Doc.

3    47).  During abeyance, Lawley filed intermittent quarterly status reports beginning on January 5, 2010.

4    On April 5, 2012, Lawley's appointed attorneys filed the last status report, notifying the Court

5    Lawley died of natural causes on March 11, 2012 (Doc. 65).  Counsel provided the Court with a certified

6    copy of Lawley's death certificate on May 8, 2012.

7    In light of Lawley's death, this federal habeas action IS DISMISSED.

8    The Clerk is directed to enter judgment forthwith.

9    IT IS SO ORDERED.

10   Dated:   May 18, 2012

                                              /s/ Lawrence J. O'Neill
11                                             Lawrence J. O'Neill
                                              United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28